336 A.2d 879
**COMMONWEALTH of Pennsylvania,**
**BOARD OF FINANCE**
**& REVENUE.**
v.
**JUBILEE KNITTING MILLS, INC., Appellant.**

Supreme Court of Pennsylvania.

Argued May 22, 1974.

Decided May 13, 1975.

Reargument Denied July 17, 1975.

Lewis H. Markowitz, Richard C. Fox, York, Markowitz, Kagen & Griffith, for appellant.

Eugene J. Anastasio, Deputy Atty. Gen., Dept. of Revenue, Harrisburg, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, POMEROY, NIX and MANDERINO, JJ.

### OPINION OF THE COURT

PER CURIAM.

Order affirmed 9 Pa.Cmwlth. 602, 309 A.2d 161. See *Commonwealth v. Weldon Pajamas, Inc.*, 432 Pa. 481, 248 A.2d 204 (1968).

ROBERTS, J., did not participate in the consideration or decision of this case.

NIX, J., concurs in the result.

JONES, C. J., dissents.